# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALVIN HOWARD, ) | |
| ) | |
| Plaintiff, ) | Case No.    4:05CV01333HEA |
| ) | |
| vs. ) | |
| ) | |
| MISSOURI BONE AND JOINT CENTER, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ENTRY OF APPEARANCE AND MOTION FOR EXTENSION OF TIME

Comes now Brent W. Baldwin of the law firm Lathrop & Gage L.C., and enters his appearance on behalf of Defendant, Missouri Bone and Joint Center, Inc. The answer to Plaintiff's Complaint is due on October 24, 2005. Upon application of said Defendant, Defendant is hereby granted an additional thirty (30) days, up to and including **November 23, 2005**, within which to plead, reserving its right to assert all defenses accrued to it which might have been pled on the original return date. The undersigned attorneys have notified Plaintiff's attorney by telephone, and by letter, advising of this request for additional time. To date, Plaintiff's attorney has voiced no objection.

SO ORDERED:

Date:_____

_____
Judge

STLDOCS 174470v1

Respectfully submitted,

LATHROP & GAGE L.C.


/s/ Brent W. Baldwin
Brent W. Baldwin  (2553)
Brett Oberheide  (3990)
The Equitable Building, Suite 1300
10 South Broadway
St. Louis, Missouri 63102-1708
Telephone:  (314) 613-2500
Telecopier:   (314) 613-2550

Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was placed in a sealed envelope, clearly addressed, with proper postage fully prepaid, and deposited in the United States mail at St. Louis, Missouri on this October 21, 2005, addressed to the following attorney(s) of record:

Mr. L. David Green
**Knapp, Ohl & Green**
6100 Center Grove Road
P.O. Box 446
Edwardsville, IL  62025
618-656-5088
618-656-5466 – Fax
ldg@knappohlgreen.com


/s/ Brent W. Baldwin                          .