UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALVIN HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1333HEA |
| | ) |
| MISSOURI BONE AND 7, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion in Limine, [Doc. 38], and Defendant's Motion in Limine, [Doc. 40].

The Court makes the following rulings:

Plaintiff's Motion in Limine, [Doc. 38], is granted in part. The motion is granted to exclude information regarding Plaintiff's criminal history, at this point, unless Defendant can produce evidence of a conviction, at which time, Defendant may seek reconsideration.

The motion is granted with respect to whether Defendant does or does not have insurance.

The motion is granted with respect to the financial condition of Defendant.

The motion is granted with respect to Plaintiff's children born out of wedlock.

The Court reserves ruling on the motion on the "Release and Waiver of Liability contained in Defendant's Registration/Consent Release" form until such

time as a copy of the Registration/Consent Release form is produced for the Court's inspection.

The Motion is granted with respect to any medical or medical causation opinions of Michael Hadden. Mr. Hadden can, however, testify with respect to standards applicable to athletic trainers and as to Defendant and Kevin Templin's adherence to the standards applicable to athletic trainers with regard to Plaintiff's participation.

The motion as to any physical injuries to any part of Plaintiff's body prior to or subsequent to January 10, 2001 is granted at this time, except to the extent of any evidence that they are related to the injury at trial.

Defendant's motion in limine is granted, with the exception that Plaintiff may testify that he might have had a dream of playing professional football some day.

SO ORDERED.

Dated this 23rd day of March, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE