# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

ALVIN HOWARD

    Plaintiff(s),

        v.        CASE NUMBER:    4:05CV01333HEA

MISSOURI BONE AND JOINT CENTER, INC.

    Defendant(s).

- :  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

- 9  **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

- 9  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of plaintiff Alvin Howard for personal injuries against defendant Missouri Bone and Joint Center, Inc. judgment is entered on behalf of plaintiff Alvin Howard and against defendant Missouri Bone and Joint Center, Inc with damages assessed in the amount of One Hundred Seventy-five Thousand dollars ($175,000.00).

                              James G. Woodward
                              CLERK

March 26, 2009
DATE                       /s/ C. Lippold
                 By:
                              DEPUTY CLERK