UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALVIN HOWARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:05CV1333 HEA |
| MISSOURI BONE AND JOINT CENTER, INC., | ) ) ) ) |
| Defendant. | ) ) |

# **ORDER**

This matter is before the Court on Plaintiff's Motion to Compel Answers to Interrogatories Directed to Garnishee Pursuant to Rule 90.08, Missouri Rules of Civil Procedure [Doc. #131]. No response to this motion has been filed.

Dr. Whiteside was personally served with process by the United States Marshals Service on July 26, 2010. The return date on the garnishment was August 12, 2010. More than ten (10) days have elapsed since the return date of the garnishment, and therefore Dr. Whiteside has failed to answer the Interrogatories Directed to Garnishee in the time prescribed by Rule 90.07(b) of the Missouri Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Answers to Interrogatories Directed to Garnishee Pursuant to Rule 90.08, Missouri Rules of Civil Procedure [Doc. #131] is granted. Dr. Leo Whiteside, garnishee herein, is to fully answer the Interrogatories Directed to

Garnishee within ten (10) days of the date of this Order.

Dated this 16th day of September, 2010.

                                            HENRY EDWARD AUTREY
                                        UNITED STATES DISTRICT JUDGE